FILED
DEC -7 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JENNIFER L. EISEL,   )<br>   )<br>           Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>MICHAEL J. ASTRUE,   )<br>Commissioner of Social Security   )<br>Administration,   )<br>   )<br>           Defendant.   )<br>_____ ) | Civil No. 08-6183-HU<br><br>O R D E R |

Kathryn Tassinari
Drew L. Johnson
1700 Valley River Drive, First Floor
Eugene, Oregon 97401

    Attorney for Plaintiff

Kent Robinson
Acting United States Attorney
District of Oregon

Page 1 - ORDER

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204

Franco Becia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

        Attorneys for Defendant

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on October 20, 2009. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation dated October 20, 2009 (#18) in its entirety.

IT IS HEREBY ORDERED that the Commissioner's decision is AFFIRMED.

DATED this 4 day of December, 2009.

                                             GARR M. KING
                                        United States District Judge